UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-213-2-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTOINE WILSON, | ) | |
| Defendant. | ) | |

In order that defense counsel be afforded a reasonable time to prepare for adjudication of this matter, the defendant's Motion to Continue is ALLOWED. It is ORDERED that the arraignment and trial of the above-captioned action is CONTINUED until this court's **November 8, 2010**, term of court in Wilmington.

Because the court concludes that the interests of justice outweigh the interests of the defendant and the public in a speedy trial, any period of delay occasioned by this continuance shall be excluded in computing the defendant's speedy trial time. 18 U.S.C. § 3161(h).

SO ORDERED.

This, the 8th day of September, 2010.

JAMES C. FOX
Senior United States District Judge